UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

ERIKA STUMP,                          :   Civil No.  08-2891(MLC)

          Plaintiff,                  :

v.                                    :       **O R D E R**

TWEEN BRANDS INC., et al.,            :

          Defendants,                 :

_____

     It appearing that it has been reported to the Court that the

above action has been settled in its entirety;

     It is on this 31st day of March, 2009,

     ORDERED THAT:

     (1) This action is hereby dismissed without costs and

without prejudice to the right, upon good cause shown within

60 days, to reopen the action if the settlement is not

consummated.

     (2)  If any party shall move to set aside this Order of

Dismissal as provided in the above paragraph or pursuant to the

provisions of <u>Fed. R. Civ. P.</u> 60(b), in deciding such motion the

Court retains jurisdiction of the matter to the extent necessary

to enforce the terms and conditions of any settlement entered

into between the parties.

                              s/Mary L. Cooper
                         _____
                         MARY L. COOPER
                         United States District Judge